| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| SOUTHERN DISTRICT OF FLORIDA | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**CLR Admin Services, LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**81-3653402**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **225 NE Mizner Blvd**<br>**Boca Raton, FL 33432**<br>Number, Street, City, State & ZIP Code | **102 NE 2nd Street, #251**<br>**Boca Raton, FL 33432**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **CLR Admin Services, LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __**5418**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **CLR Admin Services, LLC** _____ Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **CLR Admin Services, LLC**  Case number (*if known*)
                Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **CLR Admin Services, LLC** | Case number (*if known*) _____ |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**
MM / DD / YYYY

**X** **/s/ Darren Silverman**                                **Darren Silverman**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Aaron A. Wernick**                             Date **June 20, 2024**
Signature of attorney for debtor                                  MM / DD / YYYY

**Aaron A. Wernick 14059**
Printed name

**Wernick Law PLLC**
Firm name

**2255 Glades Road**
**Suite 324A**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561-961-0922**        Email address **awernick@wernicklaw.com**

**14059 FL**
Bar number and State

| | | |
|---|---|---|
| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 5 |

Debtor  **CLR Admin Services, LLC**                           Case number *(if known)* _____
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____        Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **DCG Boca, LLC** | | | Relationship to you | **Related entity** |
| District | **Southern District of Florida** | When | **2/01/24** | Case number, if known | **24-10601-EPK** |
| Debtor | **DCG Florida, LLC** | | | Relationship to you | **Related entity** |
| District | **Southern District of Florida** | When | **1/23/24** | Case number, if known | **24-10603-EPK** |
| Debtor | **DCG New Jersey LLC** | | | Relationship to you | **Related entity** |
| District | **Southern District of Florida** | When | **1/23/24** | Case number, if known | **24-10604-EPK** |
| Debtor | **DCG New York, LLC** | | | Relationship to you | **Related entity** |
| District | **Southern District of Florida** | When | **1/23/24** | Case number, if known | **24-10605-EPK** |
| Debtor | **DCG Staten Island LLC** | | | Relationship to you | **Related Entity** |
| District | **Southern Distirct of Florida** | When | **1/23/24** | Case number, if known | **24-10607-EPK** |
| Debtor | **DCG Texas LLC** | | | Relationship to you | **Related Entity** |
| District | **Southern District of Florida** | When | **1/23/24** | Case number, if known | **24-10608-EPK** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CLR Admin Services, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alternative Global Three, LLC c/o Greenberg Traurig, P.A. John Hutton Esq. and Jon Swergold Esq. 401 E. Las Olas Blvd, Ste 2000 Fort Lauderdale, FL 33301 | | | Unliquidated | | | $0.00 |
| CRG NY LLC 51 Cromwell Circle Staten Island, NY 10304 | | | Unliquidated | | | $0.00 |
| DCG Boca LLC 225 NE Mizner Blvd Boca Raton, FL 33432 | | | Unliquidated | | | $0.00 |
| DCG Florida LLC 225 Mizner Blvd. Boca Raton, FL 33432 | | | Unliquidated | | | $0.00 |
| DCG New York LLC 225 NE Mizner Blvd. Boca Raton, FL 33432 | | | Unliquidated | | | $0.00 |
| DCG Staten Island LLC 225 NE Mizner Blvd Boca Raton, FL 33432 | | | Unliquidated | | | $0.00 |
| DCG Texas LLC 225 NE Mizner Blvd Boca Raton, FL 33432 | | | Unliquidated | | | $0.00 |

Debtor  **CLR Admin Services, LLC**                                     Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **L3 Capital Management LLC**<br>**75 Wall Street #23R**<br>**New York, NY 10005** | | | **Unliquidated** | | | $0.00 |
| **Lawrence Giardina Trust**<br>**Robert Giardina, Trustee**<br>**109 Atlantic Ave**<br>**Point Pleasant Beach, NJ 08742** | | | **Unliquidated** | | | $0.00 |
| **Lawrence Giardina, Estate** | | | **Unliquidated** | | | $0.00 |
| **Richard Cardinale**<br>**57 Saint James Place**<br>**Staten Island, NY 10304** | | | **Unliquidated** | | | $0.00 |
| **Robert Giardina**<br>**109 Atlantic Avenue**<br>**Point Pleasant Beach, NJ 08742** | | | **Unliquidated** | | | $0.00 |
| **U.S. Small Business Administration**<br>**Little Rock Commerical Loan Servicing Ct**<br>**2120 Riverfront Dr., Ste 100**<br>**Little Rock, AR 72202** | | **All assets of Debtor** | | $2,000,000.00 | **Unknown** | **Unknown** |

Alternative Global Three, LLC
c/o Greenberg Traurig, P.A.
John Hutton Esq. and Jon Swergold Esq.
401 E. Las Olas Blvd, Ste 2000
Fort Lauderdale, FL 33301


Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530


Florida Dept of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Greenberg Traurig, P.A.
John Hutton Esq. and Jon Swergold Esq.
401 E. Las Olas Blvd, Ste 2000
Fort Lauderdale, FL 33301


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Joe M. Grant, Esq.
Lorium Law
101 NE 3rd Ave, Ste 1800
Fort Lauderdale, FL 33301


L3 Capital Management LLC
75 Wall Street #23R
New York, NY 10005


Lawrence Giardina Trust
Robert Giardina, Trustee
109 Atlantic Ave
Point Pleasant Beach, NJ 08742


Miami Dade County Tax Collector
140 West Flagler St. 1st Floor
Miami, FL 33130


Richard Cardinale
57 Saint James Place
Staten Island, NY 10304

```
Richard Cardinale
c/o Greenberg Traurig, P.A.
Attn: John Hutton and Jon Swergold
401 E. Las Olas Blvd, Ste 2000
Fort Lauderdale, FL 33301


Robert Giardina
109 Atlantic Avenue
Point Pleasant Beach, NJ 08742


Robert Giardina
c/oKluger, Kaplan, Silverman, et.al.
Terri Meyers, Esq.
201 South Biscayne Blvd. 27th Flr
Miami, FL 33131


Robert Giardina
158 Portage Ave
Staten Island, NY 10314


SBA Office of General Counsel
409 3rd Street SW
Washington, DC 20416-0005


SBA South Florida District
51 SW 1st Ave #201

Miami, FL 33130-1608

Small Bus. Administration

U.S. Dept Treasury Bureau of Fiscal Svc
PO Box 830794
Birmingham, AL 35283-0794

U.S. Small Business Administration
Little Rock Commerical Loan Servicing Ct
2120 Riverfront Dr., Ste 100
Little Rock, AR 72202
```