**Fill in this information to identify the case:**

Debtor name    **CLR Admin Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-16135**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $    **679,021.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $    **679,021.02**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **2,000,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **2,550,000.00**

4. Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b     $    **4,550,000.00**

**Fill in this information to identify the case:**

Debtor name  **CLR Admin Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-16135**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | checking | 9185 | $0.00 |
| 3.2. | Bank of America | checking | 9175 | $19,387.27 |
| 3.3. | Bank of America | checking | 7175 | $443.88 |
| 3.4. | Bank of America | checking | 6587 | $422.58 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,253.73 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor      **CLR Admin Services, LLC**                                    Case number *(If known)* **24-16135**
            Name

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **CLR Admin Services, LLC** | Case number *(If known)* **24-16135** |
|---|---|---|
| | Name | |

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Expected ERC payment owed from the IRS.** | Tax year **2020/2021** | **$500,000.00** |
|---|---|---|

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Arbitration Claim against ex-employee, Maurice St. Gerard for identity theft. Claim is approximatley $180,000.00**

| Nature of claim | **Arbitration claim** | **Unknown** |
|---|---|---|
| Amount requested | **$180,000.00** | |

**Claim of CLR Admin Services LLC In re: Estate of Lawrence P. Giardina, Broward County Circuit Court Seventeenth Judicial Circuit.**

| Nature of claim | **Probate claim for transfer of membership interest** | **Unknown** |
|---|---|---|
| Amount requested | **$1,000,000.00** | |

**Daniel Meeler, derivativley on behalf of CLR Admin Services v. Robert Giardina, Lawrence Giardina and Richard Cardinale. In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County Florida**

| Nature of claim | **Capital Call** | **Unknown** |
|---|---|---|
| Amount requested | **$1,500,000.00** | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claim filed in the chapter 7 bankrutpcy cases of the following DCG entities. In re: DCG Florida, LLC; DCG New York, LLC, DCG Staten Island, LLC, DCG New Jersey, LLC, DCG Boca, LLC and DCG Texas, LLC.**

| Nature of claim | **Overdisbursement of $4,200,000.00** | **Unknown** |
|---|---|---|
| Amount requested | **$0.00** | |

**Potential claim against L3 Capital and CRG NY LLC**

| | | **Unknown** |
|---|---|---|
| Nature of claim | **Capital Call** | |
| Amount requested | **$1,500,000.00** | |

Debtor    **CLR Admin Services, LLC**
          Name

Case number *(If known)* **24-16135**

| | |
|---|---|
| **Potential cause of action against Alternative Global Three, LLC** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Claim filed in the chapter 7 bankrutpcy cases of the following DCG entities. In re: DCG Florida, LLC; DCG New York, LLC, DCG Staten Island, LLC, DCG New Jersey, LLC, DCG Boca, LLC and DCG Texas, LLC.** | **Unknown** |
| Nature of claim | **Ownership in DCG Entities and rights to profit.** |
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

      **Potential future stream of revenue.**                                        $158,767.29

78.    **Total of Part 11.**
      Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$658,767.29** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor     **CLR Admin Services, LLC**                                      Case number *(If known)*  **24-16135**
　　　　　　 Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,253.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $658,767.29 | |
| 91. **Total.** Add lines 80 through 90 for each column | $679,021.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $679,021.02 |

Fill in this information to identify the case:

Debtor name **CLR Admin Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-16135**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **U.S. Small Business Administration** Creditor's Name | **Describe debtor's property that is subject to a lien** **All assets of Debtor** | **$2,000,000.00** | **Unknown** |

**Little Rock Commerical Loan Servicing Ct**
**2120 Riverfront Dr., Ste 100**
**Little Rock, AR 72202**
Creditor's mailing address

**Describe the lien**
**EDIL Loan Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**06/08/2020**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,000,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Civil Process Clerk** **U.S. Attorney's Office for D.C.** **601 D Street, NW** **Washington, DC 20530** | Line **2.1** | |

Debtor   **CLR Admin Services, LLC**                                    Case number (*if known*)    **24-16135**
_____
Name

| | |
|---|---|
| **SBA Office of General Counsel**<br>**409 3rd Street SW**<br>**Washington, DC 20416-0005** | Line  **2.1** |
| **SBA South Florida District**<br>**51 SW 1st Avenue**<br>**#201**<br>**Miami, FL 33130-1608** | Line  **2.1** |
| **Small Business Administration**<br>**U.S Dept Treasury Bureau of Fiscal Svc**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | Line  **2.1** |

**Fill in this information to identify the case:**

Debtor name   **CLR Admin Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-16135**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alternative Global Three, LLC**<br>**c/o Greenberg Traurig, P.A.**<br>**John Hutton Esq. and Jon Swergold Esq.**<br>**401 E. Las Olas Blvd, Ste 2000**<br>**Fort Lauderdale, FL 33301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Civil Process Clerk**<br>**U.S. Dept Treasury Bureau of Fiscal Svc**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: ** Notice purposes only**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Consumer Law Relief d/b/a**<br>**Helbing Law Group LLC**<br>**1328 Second Ave**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Potential future refunds for clients<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**CRG NY LLC**<br>**51 Cromwell Circle**<br>**Staten Island, NY 10304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor    **CLR Admin Services, LLC**                                    Case number (if known)    **24-16135**
_____
Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DCG Boca LLC**
**225 NE Mizner Blvd**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DCG Florida LLC**
**225 Mizner Blvd.**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DCG New York LLC**
**225 NE Mizner Blvd.**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DCG Staten Island LLC**
**225 NE Mizner Blvd**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DCG Texas LLC**
**225 NE Mizner Blvd**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Helbing, Esq.**
**c/o Helbing Law Group LLC**
**1328 Second Ave**
**Berwick, PA 18603**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**L3 Capital Management LLC**
**75 Wall Street #23R**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **CLR Admin Services, LLC**        Case number (if known)    **24-16135**

Name

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Lawrence Giardina Trust**
**Robert Giardina, Trustee**
**109 Atlantic Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Lawrence Giardina, Estate**
**c/o Robert Giardina Trustee**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Lorne E. Berkeley, Esq.**
**Daniels Rodriguez Berkeley Daniels &Cruz**
**490 Sawgrass Corporate Parkway**
**Suite 320**
**Sunrise, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Miami Dade County Tax Collector**
**140 West Flagler St. 1st Floor**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **\*Notice only\***

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Richard B. Pototsky, CPA, MBA**
**Miami CFO**
**16047 Collins Ave, Apt 2304**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **$50,000.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services related to ERC filing.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Richard Cardinale**
**57 Saint James Place**
**Staten Island, NY 10304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Robby H. Birnbaum, Esq.**
**Greenspoon Marder, LLP**
**100 West Cypress Creek Road**
**Suite 700**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **CLR Admin Services, LLC**                                        Case number (if known)   **24-16135**
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert B. Volynsky, Esq.**
**Weltz Kakos Gerbi Wolinetz Volynsky LLP**
**1 Old Country Road**
**Suite 275**
**Carle Place, NY 11514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Giardina**
**109 Atlantic Avenue**
**Point Pleasant Beach, NJ 08742**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Streit, Esq.**
**SKS Legal Group**
**101 NE 3rd Avenue, Suite 1500**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500,000.00** |
|---|---|---|---|

**Strategic Business Advisory Services LLC**
**c/o Michael Dazzo**
**13650 SW 82nd Court**
**Palmetto Bay, FL 33158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured line of credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas Zeichman, Esq.**
**Beighley Myrick Udell Lynne+Zeichman P.A**
**2385 NW Executive Center Dr**
**Suite 250**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DCG Boca LLC, & All Affiliated entities**<br>**c/o Nicole Testa Mehdipour, Trustee**<br>**6278 North Federal Highway, Suite 408**<br>**Fort Lauderdale, FL 33308** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |

Debtor    **CLR Admin Services, LLC**
_____
Name

Case number (*if known*)    **24-16135**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Joe M. Grant, Esq.**<br>**Lorium Law**<br>**101 NE 3rd Ave, Ste 1800**<br>**Fort Lauderdale, FL 33301** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **Richard Cardinale**<br>**c/o Greenberg Traurig, P.A.**<br>**Attn: John Hutton and Jon Swergold**<br>**401 E. Las Olas Blvd, Ste 2000**<br>**Fort Lauderdale, FL 33301** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Richard Cardinale**<br>**176 Benedict Road**<br>**Staten Island, NY 10304** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Robert Giardina**<br>**c/oKluger, Kaplan, Silverman, et.al.**<br>**Terri Meyers, Esq.**<br>**201 South Biscayne Blvd. 27th Flr**<br>**Miami, FL 33131** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Robert Giardina**<br>**158 Portage Ave**<br>**Staten Island, NY 10314** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,550,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,550,000.00 |

**Fill in this information to identify the case:**

Debtor name    **CLR Admin Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-16135**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Master Agreement for Customer Support Center** | |
| State the term remaining | **Consumer Law Relief LLC d/b/a Helbing Law Group LLC 1328 Second Avenue Berwick, PA 18603** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **CLR Admin Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-16135**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Daniel Meeler** | **Personal guarantee** | **U.S. Small Business Administration** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Daniel Meeler** | **c/o CLR Admin Services**<br>**102 NE 2nd Street**<br>**#251**<br>**Boca Raton, FL 33432**<br>**Personal Guarantor** | **Strategic Business Advisory Services LLC** | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |
| 2.3 **Darren Silverman** | **c/o CLR Admin Services**<br>**102 NE 2nd Street**<br>**#251**<br>**Boca Raton, FL 33432**<br>**Personal Guarantor** | **Strategic Business Advisory Services LLC** | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |
| 2.4 **Matthew Brenner** | **c/o CLR Admin Services**<br>**102 NE 2nd Street**<br>**#251**<br>**Boca Raton, FL 33432**<br>**Personal Guarantor** | **Strategic Business Advisory Services LLC** | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |

Official Form 206H                                    Schedule H: Your Codebtors                                    Page 1 of 2

Debtor    **CLR Admin Services, LLC**                          Case number *(if known)*    **24-16135**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Michael Dazzo**<br>**13650 SW 82nd Court**<br>**Palmetto Bay, FL 33158**<br>**Personal Guarantor** | **Strategic Business Advisory Services LLC** | ☐ D _____<br>■ E/F _**3.22**_<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name **CLR Admin Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-16135**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$125,643.98** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,243,482.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$9,271,173.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | **CLR Admin Services, LLC** | | Case number *(if known)* | **24-16135** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Finxera Inc.** | 3/25/24, $9,951.25, 4/11/24, $24,859.65, $39,194.27, 4/19/24, $15,058.00, 5/2/24, $34,189.49, 5/14/24, $8,000.00, 5/21/24 $16,981.47, 6/18/24, $3,500.00 | $151,734.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **For the benefit of Helbing Law Group** |
| 3.2. **Nexgen Financial**<br>24955 Pacific Coast Highway<br>Suite A202<br>Malibu, CA 90265 | 4/1/24, $45,000.00, 5/1/24 $25,000.00, | $70,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Porter Hedges LLP**<br>1000 Main Street<br>36th Floor<br>Houston, TX 77002 | 4/1/24, $21,831.95,5/1/24, $4,875.80, 5/7/24, $239.10 | $26,946.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4. **U.S. Small Business Administration**<br>Little Rock Commerical Loan Servicing Ct<br>2120 Riverfront Dr., Ste 100<br>Little Rock, AR 72202 | 4/3/24, $9,842.00, 5/3/24 $9,842.00, 6/3/24, $9,842.00 | $29,526.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Robert Streit, Esq.**<br>SKS Legal Group<br>101 NE 3rd Avenue, Suite 1500<br>Fort Lauderdale, FL 33301 | 4/8/24, $5,355.00, $540.00, $315.00, 5/10/24, $3,600.00, $2,655.00, 6/5/24, $450.00, $2,490.00,$8,565.00 | $23,970.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. **Lorne E. Berkeley, Esq.**<br>Daniels Rodriguez Berkeley Daniels &Cruz<br>490 Sawgrass Corporate Parkway<br>Suite 320<br>Sunrise, FL 33325 | 4/8/24 $4,457.50, 5/8/24, $3,994.50, $5,421.50, $6,020.00, 6/24/24, $455.00 | $20,348.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **CLR Admin Services, LLC**                                    Case number *(if known)*  **24-16135**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **McDonald Hopkins LLC**<br>**501 S. Flagler Drive**<br>**Suite 200**<br>**West Palm Beach, FL 33401** | **4/15/24,**<br>**$4,183.81,**<br>**5/10/24,**<br>**$4,100.00,**<br>**$9,450.00** | **$17,733.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Greenspoon Marder, LLP**<br>**Robby H. Birnbaum, Esq.**<br>**100 West Cypress Creek Road**<br>**Suite 700**<br>**Fort Lauderdale, FL 33309** | **4/19/24,**<br>**527.50,**<br>**5/1/24,**<br>**$302.50,**<br>**$387.50,**<br>**$2,745.00,**<br>**5/31/24.**<br>**$280.00,**<br>**$2,152.50,**<br>**$3,962.50,**<br>**6/24/24,**<br>**$129.00,**<br>**6/26/24,**<br>**$16,843.59,**<br>**$280.00,**<br>**$8,095.00** | **$35,704.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. **Wernick Law PLLC**<br>**2255 Glades Road**<br>**Suite 324A**<br>**Boca Raton, FL 33431** | **4/30/24,**<br>**$25,000.00,**<br>**5/21/24,$25,0**<br>**00.00,**<br>**$4,629.90**<br>**and 6/10/24**<br>**$47,009.80,**<br>**6/20/24,**<br>**$33,043.50** | **$134,683.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Erik Helbing, Esq.**<br>**c/o Helbing Law Group LLC**<br>**1328 Second Ave**<br>**Berwick, PA 18603** | **5/6/24**<br>**$15,000.00,**<br>**6/6/24,**<br>**$1,710.00** | **$16,710.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.11. **Robert B. Volynsky, Esq.**<br>**Weltz Kakos Gerbi Wolinetz Volynsky LLP**<br>**1 Old Country Road**<br>**Suite 275**<br>**Carle Place, NY 11514** | **5/14/24,**<br>**$10,380.38** | **$10,380.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **CLR Admin Services, LLC**                                    Case number *(if known)*  **24-16135**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12. **Wernick Law PLLC**<br>**2255 Glades Road**<br>**Suite 324A**<br>**Boca Raton, FL 33431** | **$5,000.00 on 4/29/24 and $15,000.00 on 5/1/24 Retainer fees paid by CLR to represent Darren Silverman, Michael Dazzo, Matthew Brenner, and Daniel Meeler discovery matters in the DCG Boca LLC and related entities bankruptcy cases.** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | CLR Admin Services, LLC | Case number *(if known)* 24-16135 |
|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Daniel Meeler, derivatively on behalf of CLR Admin Services LLC v Robert Giardina, Lawrence Giardina and Richard Cardinale and CLR Admin Services LLC (nominal defendant)**<br>**2023-017255-CA-01** | **Business Governance** | **Circuit Court of the 11th Judicial Cir.**<br>**Miami Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Estate of Lawrence P. Giardina, deceased Claimant CLR Admin Services LLC**<br>**PRC240000465 Div 60J** | **Probate claim against estate of Lawrence P. Giardina** | **Broward County Probate Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CLR Admin Services LLC v. Maurice St. Gerard** | **Arbitration claim against ex employee for identity theft** | **Arbitration** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Alternative Global Three, LLC v. DCG Staten Island LLC, et.al. and CLR Admin Services LLC, Proposed Intervenor/Appellant**<br>**2022-022016-CA-01** | **Intervenors Notice of Appeal of Final Order** | **Circuit Court of the 11th Judicial Cir.**<br>**Miami Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor **CLR Admin Services, LLC**                                   Case number *(if known)* **24-16135**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Wernick Law PLLC**<br>**2255 Glades Road**<br>**Suite 324A**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **6/18/24** | **$100,000.00** |
| **Email or website address**<br>**awernick@wernicklaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **CLR Admin Services, LLC**                    Case number *(if known)* **24-16135**

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐    No.
    ☑    Yes. State the nature of the information collected and retained.

    **Information related to debt collection including, names, addresses, social security numbers, case notes. All information is held in Debt Manager software program.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑    No. Go to Part 10.
    ☐    Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

| Debtor | CLR Admin Services, LLC | Case number *(if known)* | 24-16135 |
|---|---|---|---|

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

�■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **DCG Boca LLC**<br>**225 Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **83-1519307**<br><br>From-To   **8/07/2018 - 1/23/2024** |
| 25.2. | **DCG Florida LLC**<br>**225 Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **81-3780371**<br><br>From-To   **09/01/2016 to 1/24/2024** |
| 25.3. | **DCG New York LLC**<br>**225 Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **81-3716578**<br><br>From-To   **8/25/2016 to 1/24/24** |

Debtor    CLR Admin Services, LLC                                    Case number *(if known)*   24-16135

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.4. **DCG Staten Island LLC**<br>**225 Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **82-4400325**<br><br>From-To   **02/09/2018 to 1/24/24** |
| 25.5. **DCG Texas LLC**<br>**225 NE Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **82-3010046**<br><br>From-To   **09/28/2017 to 1/24/24** |
| 25.6. **DCG New Jersey LLC**<br>**225 NE Mizner Blvd.**<br>**Boca Raton, FL 33432** | **60% ownership interest of CLR Admin Services, LLC** | EIN:   **81-2998767**<br><br>From-To   **09/28/2017 to 1/24/24** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **ASC Advisors LLC /Gabriel Alvarez**<br>**205 SE 20th St**<br>**Fort Lauderdale, FL 33316** | |
| 26a.2. **Wolfson CPA Firm**<br>**2801 N. University Dr**<br>**Suite 306**<br>**Coral Springs, FL 33065** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **ASC Advisors LLC**<br>**205 SE 20th St**<br>**Fort Lauderdale, FL 33316** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **CLR Admin Services, LLC**                                   Case number *(if known)*  **24-16135**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CAM Marketing LLC** | **109 E 17th Street, Set 4 Cheyenne, WY 82001** | **16.667% ownership interest** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Capital Marketing, LLC** | **109 E 17th Street Ste 4 Cheyenne, WY 82001** | **16.667% ownership interest.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CRG NY LLC** | **51 Cromwell Circle Staten Island, NY 10304** | **16.667% ownership interest.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **L3 Capital Managment** | **75 Wall Street #23R New York, NY 10005** | **16.667% ownership interest.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Precise Media LLC** | **2100 NW 25th Street Boca Raton, FL 33431** | **16.667% ownership interest.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Strategic Business Advisory Service** | **205 SE 20th Street Fort Lauderdale, FL 33316** | **16.667% ownership interest.** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **CLR Admin Services, LLC**                                        Case number *(if known)*  **24-16135**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  5, 2024**

**/s/ Darren Silverman**                                  **Darren Silverman**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Florida

In re   **CLR Admin Services, LLC**                                    Case No.   **24-16135**

                                           Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **July  5, 2024**                                         **/s/ Darren Silverman**

                                                     **Darren Silverman**/**Manager**
                                                     Signer/Title

```
Alternative Global Three, LLC
c/o Greenberg Traurig, P.A.
John Hutton Esq. and Jon Swergold Esq.
401 E. Las Olas Blvd, Ste 2000
Fort Lauderdale, FL 33301


Civil Process Clerk
U.S. Dept Treasury Bureau of Fiscal Svc
PO Box 830794
Birmingham, AL 35283-0794


Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530


Consumer Law Relief d/b/a
Helbing Law Group LLC
1328 Second Ave
Berwick, PA 18603


CRG NY LLC
51 Cromwell Circle
Staten Island, NY 10304


Daniel Meeler


DCG Boca LLC, & All Affiliated entities
c/o Nicole Testa Mehdipour, Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308


DCG Florida LLC
c/o Nicole Testa Mehdipour, Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308


DCG New York LLC
c/o Nicole Testa Mehdipour, Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
```

```
DCG Staten Island LLC
c/o Nicole Testa Mehdipour, Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308


DCG Texas LLC
c/o Nicole Testa Mehdipour, Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308


Erik Helbing, Esq.
c/o Helbing Law Group LLC
1328 Second Ave
Berwick, PA 18603


Florida Dept of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Joe M. Grant, Esq.
Lorium Law
101 NE 3rd Ave, Ste 1800
Fort Lauderdale, FL 33301


L3 Capital Management LLC
75 Wall Street #23R
New York, NY 10005


Lawrence Giardina Trust
Robert Giardina, Trustee
109 Atlantic Ave
Point Pleasant Beach, NJ 08742


Lorne E. Berkeley, Esq.
Daniels Rodriguez Berkeley Daniels &Cruz
490 Sawgrass Corporate Parkway
Suite 320
Sunrise, FL 33325
```

Miami Dade County Tax Collector
140 West Flagler St. 1st Floor
Miami, FL 33130


Richard B. Pototsky, CPA, MBA
Miami CFO
16047 Collins Ave, Apt 2304
North Miami Beach, FL 33160


Richard Cardinale
57 Saint James Place
Staten Island, NY 10304


Richard Cardinale
c/o Greenberg Traurig, P.A.
Attn: John Hutton and Jon Swergold
401 E. Las Olas Blvd, Ste 2000
Fort Lauderdale, FL 33301


Richard Cardinale
176 Benedict Road
Staten Island, NY 10304


Robby H. Birnbaum, Esq.
Greenspoon Marder, LLP
100 West Cypress Creek Road
Suite 700
Fort Lauderdale, FL 33309


Robert B. Volynsky, Esq.
Weltz Kakos Gerbi Wolinetz Volynsky LLP
1 Old Country Road
Suite 275
Carle Place, NY 11514


Robert Giardina
109 Atlantic Avenue
Point Pleasant Beach, NJ 08742


Robert Giardina
c/oKluger, Kaplan, Silverman, et.al.
Terri Meyers, Esq.
201 South Biscayne Blvd. 27th Flr
Miami, FL 33131

Robert Giardina
158 Portage Ave
Staten Island, NY 10314


Robert Streit, Esq.
SKS Legal Group
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301


SBA Office of General Counsel
409 3rd Street SW
Washington, DC 20416-0005


SBA South Florida District
51 SW 1st Avenue
#201
Miami, FL 33130-1608


Small Business Administration
U.S Dept Treasury Bureau of Fiscal Svc
PO Box 830794
Birmingham, AL 35283-0794


Strategic Business Advisory Services LLC
c/o Michael Dazzo
13650 SW 82nd Court
Palmetto Bay, FL 33158


Thomas Zeichman, Esq.
Beighley Myrick Udell Lynne+Zeichman P.A
2385 NW Executive Center Dr
Suite 250
Boca Raton, FL 33431


U.S. Small Business Administration
Little Rock Commerical Loan Servicing Ct
2120 Riverfront Dr., Ste 100
Little Rock, AR 72202