**ORDERED in the Southern District of Florida on June 26, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

CLR Admin Services, LLC,

Debtor.
_______________________________________/

Case No. 24-16135-EPK

Chapter 11 (Subchapter V)

**ORDER DENYING L3 CAPITAL MANAGEMENT, LLC'S EMERGENCY MOTION TO COMPEL DARREN SILVERMAN'S COMPLIANCE WITH DOCUMENT SUBPOENA**

**THIS MATTER** came before the Court for hearing on June 23, 2026, on L3 Capital Management, LLC's *Emergency Motion to Compel Darren Silverman's Compliance with Document Subpoena* [Dkt. No. 384] ("Motion"). Following the hearing and upon review of the Motion, court file, and record, the Court **ORDERS**:

1. The Motion is **DENIED** for the reasons stated on the record.

2. Any objections related to confidentiality are **OVERRULED**.

###

Submitted by:
John B. Hutton
Greenberg Traurig, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
T. 954.765.0500
F. 954.765.1477
huttonj@gtlaw.com
perezan@gtlaw.com

*John B. Hutton is directed to serve copies of this Order upon all interested parties and file a Certificate of Service.*